

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2018

No. 04-18-00407-CV

**TRINITY MESA REAL ESTATE SERVICES, LLC** and Matthew Coale,
Appellants

v.

**SERVICE LIFE & CASUALTY INSURANCE COMPANY**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-05243
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

After this court granted their first motion for extension of time, appellants' brief was due September 24, 2018. On the due date, appellants filed their second motion for extension of time, asking for an additional thirty days in which to file their brief. The motion is unopposed. After review, we **GRANT** appellants' second motion for extension of time and **ORDER** appellants to file their brief in this court **on or before October 24, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court